Richard C. Harper, Esq
**LAW OFFICES OF RICHARD C. HARPER**
7 C Street
Tracy, CA 95376

Telephone: (209) 834-2697

Attorney for Plaintiff
Ronald Holloway

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| RONALD HOLLOWAY, | CASE NO. C08-05155 |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL AND ORDER** |
| v. | |
| DIANE GOTCH, Director of Human Resources, SHERWIN WILLIAMS COMPANY, and DOES 1 through 50, Inclusive, | |
| Defendants. | |

COMES NOW PLAINTIFF RONALD HOLLOWAY, by and through his attorney, to dismiss With Prejudice the above-captioned complaint against Defendants, and each of them. Each party to bear their own costs and attorney fees.

Dated: March 9, 2009           _____/S/_____
                               Richard C. Harper
                               Attorney for Plaintiff
                               Ronald Holloway

**IT IS HEREBY ORDERED** that Defendants DIANE GOTCH and SHERWIN WILLIAMS COMPANY, be Dismissed with Prejudice.

Dated: April 9, 2009
                               THE HONORABLE CHARLES R. BREYER
                               US DISTRICT

*IT IS SO ORDERED*
Judge Charles R. Breyer

Pltf Dismissal                                    Law Offices of Richard C. Harper, Esq.